IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

      Plaintiff

-vs-

DENNIS J. CAHILL

      Defendant

---

: CASE NO. 1:10 CR 534
:
:
:
:
:
:
: ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT AND NOTICE OF
: HEARING
:

UNITED STATES DISTRICT JUDGE LESLEY WELLS

 This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White regarding the change of plea hearing and plea agreement of Dennis J. Cahill which was referred to the Magistrate Judge with the consent of the parties.

 On 16 December 2010, the government filed a three-count indictment against Dennis J. Cahill for sexual exploitation of children in violation of 18 U.S.C. § 2251(a); receipt of visual depictions of minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(2); and possession of child pornography in violation of 18 U.S.C. § 2252 A(a)(5)(B). On 22 December 2010, a hearing was held in which Dennis J. Cahill entered a plea of not guilty before Magistrate Judge White.

On 19 January 2011, the government filed a five-count superseding indictment against Dennis J. Cahill for sexual exploitation of children in violation of 18 U.S.C. § 2251(a); receipt of visual depictions of minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(2); pandering child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B); and possession of child pornography in violation of 18 U.S.C. § 2252 A(a)(5)(B)(ii). On 25 January 2011, a hearing was held in which Dennis J. Cahill entered a plea of not guilty before Magistrate Judge Kenneth S. McHargh.

On 19 July 2011, Magistrate Judge White received Dennis J. Cahill's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Dennis J. Cahill is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Dennis J. Cahill is adjudged guilty of Counts 2, 3, 4 and 5 of the superseding indictment in violation of 18 U.S.C. § 2252(a)(2), § 2252A(a)(5)(B), and § 2252 A(a)(5)(B)(ii).

Sentencing will be:

> **27 September 2011 at 9:30 a.m.**
>
> **Courtroom 16B**
> **16th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 9/2/2011

_____
UNITED STATES DISTRICT JUDGE